

# Fourth Court of Appeals
## San Antonio, Texas

May 25, 2021

No. 04-21-00105-CV

Troy **STEVENS** d/b/a Real Estate Workshop, Cory Wadsworth and MJ Augie Bove,
Appellants

v.

Cory **SMITH,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2019CV09409
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

"A timely notice of appeal is necessary to invoke this court's jurisdiction." *In re L.R.S.*, No. 04-20-00507-CV, 2020 WL 7365444, at *1 (Tex. App.—San Antonio Dec. 16, 2020, no pet.) (mem. op.). Here, the trial court signed a final judgment on December 14, 2020. Because appellants did not timely file a motion for new trial, motion to modify the judgment, motion for reinstatement, or request for findings of fact and conclusions of law, the notice of appeal was due to be filed on January 13, 2021. *See* TEX. R. APP. P. 26.1(a). A motion for extension of time to file the notice of appeal was due on January 28, 2021. *See* TEX. R. APP. P. 26.3. However, appellants did not file their notice of appeal until March 15, 2021. Appellants did not file a motion for extension of time to file their notice of appeal.

We, therefore, ORDER appellants, on or before **June 15, 2021**, to show cause in writing why this appeal should not be dismissed for lack of jurisdiction.

All appellate deadlines are suspended pending our determination of appellate jurisdiction. Appellants' motion for extension of time to file their brief is HELD IN ABEYANCE.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of May, 2021.

MICHAEL A. CRUZ, Clerk of Court